AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

JOSEPH JACKSON

JUDGMENT IN A CIVIL CASE

v.　　　　　　　　　　　　　　CASE NUMBER:   CV205-160

M.E. RAY, Warden, and THURBERT
BAKER, Attorney General

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order entered April 11, 2006, adopting the Report

and Recommendation of the Magistrate Judge; judgment is hereby entered granting

Respondent's Motion to dismiss and this case stands dismissed

April 12, 2006　　　　　　　　　　　　　　　Scott L. Poff
Date　　　　　　　　　　　　　　　　　　　　Clerk

(By) Deputy Clerk

GAS Rev 10/1/03