**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**BRUNSWICK DIVISION**

FILED
DISTRICT COURT

2006 DEC 28  P 3: 33

CLERK
SO. DIST. OF GA

JOSEPH JACKSON

vs.                                          CIVIL ACTION NO.: CV205-160

WARDEN M.E. RAY,
THURBERT E. BAKER,
Attorney General, State of Georgia


## ORDER

The appeal in the above-styled action having dismissed with prejudice, by the United

States Court of Appeals for the Eleventh Circuit;

**IT IS HEREBY ORDERED** that the order of the Eleventh Circuit is made the order of

this Court.

**SO ORDERED,** this ____26____ day of December, 2006.


_____
Judge, Untied States District Court
Southern District of Georgia